■ PUTNAM COUNTY NATIONAL BANK OF CARMEL, Respondent, v HARRY W. ALBRIGHT, JR., as Superintendent of Banks of the State of New York, Appellant.—In an action for a declaratory judgment and injunctive relief, defendant appeals from an order of the Supreme Court, Putnam County, dated October 9, 1974, which, *inter alia,* granted plaintiff's motion for a preliminary injunction. Order affirmed, with $50 costs and disbursements. On the record before us and subject to the developments at the trial, plaintiff has established its right to the relief sought and granted. Gulotta, P. J., Latham, Margett, Damiani and Christ, JJ., concur.